1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BERNARD ANDREW WHITE,

11              Plaintiff,              No. CIV S-07-1743 LKK DAD P

12         vs.

13    DIRECTOR OF CORRECTIONS
      HEAD DEPARTMENT,
14
               Defendants.              ORDER
15
      _____/
16

17              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18    to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

20    either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

21    to submit the appropriate filing fee.

22              In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

24    in support of his request to proceed in forma pauperis on the form provided by the Clerk of

25    Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

26    dismissal of this action; and

                                           1

Dockets.Justia.com

1          2. The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis By a Prisoner.

3    DATED: September 5, 2007.

4

5

6                                          _____

7                                          DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

8    DAD:cm
     whit1743.3a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26