IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD ANDREW WHITE,

    Plaintiff,                    No. 2:07-cv-01743 LKK DAD P

    vs.

DIRECTOR OF CORRECTIONS,

    Defendants.              ORDER

_____/

        On November 28, 2007, the assigned magistrate judge in this case issued findings and recommendations, recommending that this action be dismissed without prejudice for failure to exhaust administrative remedies prior to filing suit as required. On March 17, 2008, this court adopted the findings and recommendations in full and dismissed this action without prejudice. On the same day, the court entered judgment.

        Plaintiff now, almost five years later, has filed what appears to be a motion "to reconsider." The court may reconsider its prior orders. See Local. Rule 230(j) (applications for reconsideration). The court may also grant plaintiff relief from a prior judgment or order if he shows cause. See Fed. R. Civ. P. 60(b) (grounds for relief from final judgment or order).

        In this case, plaintiff's motion is difficult to decipher. However, as best as it can, the court can discern no basis stated therein for reconsidering the court's prior order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Doc. No. 17) is denied.

DATED: August 15, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT